UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAITHI O'CORRAIN,<br>a/k/a "David Curran,"<br>Defendant. | **SEALED INDICTMENT**<br>26 Cr.<br>26 CRIM 549 |

The Grand Jury charges:

**INTRODUCTION**

1. On or about April 11, 2026, DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, an Irish national, snuck onto an airplane taxiway at Shannon Airport in County Clare, Ireland, which serves as a major transatlantic hub for U.S. military troops and equipment. O'CORRAIN then broke into a U.S. military C-130 Hercules aircraft (the "Aircraft") and barricaded himself inside. Over the course of several hours, O'CORRAIN caused extensive damage to the Aircraft by cutting critical wire bundles and hydraulic lines, destroying gauges, puncturing air ducts, contaminating fuel tanks, and pouring highly corrosive substances onto the Aircraft's components—risking a massive explosion within the Aircraft and posing a significant threat to others, including U.S. service members, nearby. O'CORRAIN's attack followed months of research and planning, as well as a series of similar, escalating incidents carried out by others at Shannon Airport over the preceding year. As a result of O'CORRAIN's attack, the Aircraft, worth approximately $60 million, was rendered inoperable and thus effectively destroyed.

**<u>THE APRIL 11, 2026 ATTACK</u>**

2. On or about the morning of April 11, 2026, at approximately 4:39 a.m. local time, DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, breached the security perimeter of Shannon Airport. O'CORRAIN then traversed the airport to the vicinity of the Aircraft, pictured below—a U.S. Air National Guard C-130 Hercules ("C-130H") aircraft parked on the taxiway, en route to another country on U.S. military assignment.[1]



[1] As pictured in the upper photograph, the Aircraft's tail section was removed by U.S. authorities following the April 11, 2026 attack, in connection with efforts to store and dismantle the Aircraft.



3. After reaching the Aircraft, DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, gained entry by breaking the locking mechanism on the Aircraft's rear crew door. O'CORRAIN then covered the windows of the Aircraft—with the exception of the cockpit windows—using the Aircraft flight crew's hammocks and barricaded himself inside using an assortment of supplies and tools that he had brought with him. O'CORRAIN attached straps, brackets, and screws to various fixed parts of the Aircraft's interior in order to secure the Aircraft's doors; he also placed ball bearings mixed with epoxy into the Aircraft's door tracks in order to prevent the doors from opening and closing. Pictured below are some of the supplies used by O'CORRAIN:






4. DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, then proceeded to inflict severe damage to the interior of the Aircraft. Among other things, O'CORRAIN cut wire bundles and hydraulic lines within the Aircraft, crimped a liquid oxygen line within the Aircraft, destroyed every gauge in the Aircraft's cockpit, and punctured the Aircraft's air ducts. Pictured below are examples of the damage inflicted by O'CORRAIN to the interior of the Aircraft:









5. DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, also brought multiple capsules of gallium—a highly corrosive metal that is a liquid at room temperature, and which eats through aluminum in minutes and causes long-term corrosion to steel—onto the Aircraft, which is constructed substantially of aluminum. One such capsule is pictured below:




6. At approximately 9:40 a.m. local time, the Aircraft's flight crew (the "Crew") returned to the Aircraft to depart for their next destination, at which time they observed DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, through a cockpit window and notified Shannon Airport security. Members of the Crew then observed O'CORRAIN escape out of a hatch in the Aircraft's roof and inflict substantial additional damage to the Aircraft's exterior, including by striking the exterior of the Aircraft with an axe. O'CORRAIN also removed four of the Aircraft's overhead refueling caps, removed the protective screens underneath, and poured unknown substances and placed objects, including ball bearings, into the Aircraft's fuel tanks. Pictured below are examples of the damage inflicted by O'CORRAIN to the exterior of the Aircraft:





7. Soon thereafter, Irish law enforcement authorities arrived at the scene. Irish authorities used portable stairs to board the wing of the Aircraft, after which they apprehended DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, and placed him under arrest. At the time of his arrest, O'CORRAIN had near his person, on the roof of the Aircraft, a tool bag containing various supplies, including tow straps, an electric drill, metal brackets, self-tapping screws, vials of gallium, epoxy, ball bearings, and a heat gun.[2] Below is a screenshot (alongside a zoomed-in frame) from a video recording of O'CORRAIN on the roof of the Aircraft, prior to being apprehended by Irish authorities:

[2] Heat guns like the one recovered from O'CORRAIN can be used to heat gallium to room temperature and bring it to a liquid state.



8. DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, carried out the April 11, 2026 attack after months of planning and preparation. Among other things, O'CORRAIN, in advance of his attack, conducted online searches regarding the Aircraft's construction, and later that same day, ordered gallium from an online distributor; acquired an assortment of tools and equipment used in the attack, as described above; searched online for coordinates and locations relevant to his attack, including coordinates for where to breach Shannon Airport's security perimeter; subscribed to a mobile application that tracks the movements of aircraft (including military aircraft); received an email notification of the Aircraft's arrival at Shannon Airport; conducted research concerning prior attacks on U.S. military aircraft at Shannon Airport, as discussed further below; and attempted to contact by email an individual arrested in connection with one such prior attack.

9. The manner in which DAITHI O'CORRAIN, a/k/a "David Curran," the defendant,

carried out his attack further demonstrated, among other things, a detailed knowledge of the layout of C-130H aircraft and how best to destroy critical components of the Aircraft; which wires and components to cut and which not to cut, for his own personal safety; how to secure points of entry into the Aircraft, and what tools would be needed to do so; which chemicals, including gallium, could be used to corrode the Aircraft's primary material; and advanced knowledge that a U.S. military C-130H aircraft would be located at Shannon Airport at the time of his attack. Notably, had O'CORRAIN cut, rather than crimped, the Aircraft's liquid oxygen line, as he had its wire bundles, there would have been a high chance of a massive explosion within the Aircraft.

10. As a result of the actions of DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, the Aircraft was effectively destroyed. The damage inflicted rendered the Aircraft inoperable, and based on the extent of the damage, the Aircraft—worth approximately $60 million—will not return to active flight status.

**PRIOR ATTACKS AT SHANNON AIRPORT**

11. The April 11, 2026 attack committed by DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, followed a series of similar, though less serious, incidents carried out by others at Shannon Airport over the preceding year. Specifically:

a. On or about May 1, 2025, three individuals were arrested by Irish authorities after driving a van through the Shannon Airport perimeter fence;

b. On or about May 17, 2025, three individuals breached the runway at Shannon Airport and sprayed a U.S. military aircraft with paint, temporarily rendering it inoperable; and

c. On or about November 22, 2025, three individuals breached Shannon Airport's security perimeter in a van and drove to a restricted area where a U.S. military C-40 aircraft was parked, before being intercepted and detained by airport security.

## STATUTORY ALLEGATION

## COUNT ONE
**(Destruction of Government Property)**

12. Paragraphs 1 through 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

13. On or about April 11, 2026, in Ireland and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, who is expected to be first brought to and arrested in the Southern District of New York, willfully injured and committed a depredation against property of the United States, and of any department or agency thereof, and of property which has been or is being manufactured and constructed for the United States, and any department or agency thereof, and attempted to commit the foregoing offenses, and the damage or attempted damage to such property exceeded the sum of $1,000, to wit, O'CORRAIN unlawfully gained entry to and subsequently destroyed a U.S. Air Force C-130 Hercules aircraft worth approximately $60 million.

(Title 18, United States Code, Sections 1361 and 3238.)

## FORFEITURE ALLEGATION

14. As a result of committing the offense alleged in Count One of this Indictment, DAITHI O'CORRAIN, a/k/a "David Curran," the defendant, shall forfeit to the United States, (a) pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from

proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense; and (b) pursuant to Title 18, United States Code, Section 981(a)(1)(G), and Title 28, United States Code, Section 2461(c), all assets, foreign and domestic, (i) of O'CORRAIN, (ii) acquired or maintained by O'CORRAIN with the intent and for the purpose of supporting, planning, conducting, or concealing the offense alleged in Count One, and (iii) derived from, involved in, or used or intended to be used to commit the offense alleged in Count One.

**Substitute Assets Provision**

15. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
Nov 16, 2026

James M. McDonald
JAMES M. MCDONALD
United States Attorney